# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SIMPAO MOYA, JR., | CASE NO. CV F 11-1800 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 28.) |
| AVALON HEALTH CARE, INC., et al., | |
| Defendants. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.  DISMISSES with prejudice this entire action and all claims;

2.  VACATES all pending dates and matters; and

3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 6, 2012**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1